UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Swift & Co. (f/k/a ConAgra Inc. d/b/a Swift & Co.),

    Plaintiff,

v.

Dutch Creek Custom, Inc.; Dick Gerhardt, Guarantor; Jack Gerhardt, Guarantor,

    Defendants.

File No. 06-cv-990 MJD/AJB

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Swift & Co. (f/k/a ConAgra Inc. d/b/a Swift & Co.),

    Plaintiff,

v.

JFI, Inc. a/k/a Jabez Farms, Inc.; Jack Gerhardt, Guarantor,

    Defendants.

File No. 06-cv-991 MJD/AJB

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

**ORDER**

Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that these matters are dismissed with prejudice and without costs or disbursements being awarded to any of the parties.

Dated: June 20, 2006

BY THE COURT:

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge

1079838.1

2.